# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700355**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**JEFFERY S. THOMPSON**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, 1st Marine Aircraft
Wing, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Melanie J. Mann, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 7 March 2018

———————————————

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court